**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000315
10-JUL-2026
08:42 AM
Dkt. 40 ODSD**

NO. CAAP-26-0000315

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BEAU HAWKES, Plaintiff-Appellant,
v.
CHELSEA DAVIS; HAWAIʻI NEWS NOW, Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-25-0000184)

ORDER DISMISSING APPEAL
(By:  Nakasone, Chief Judge, Leonard and Guidry, JJ.)

Upon review of the record, it appears that:

(1)  Self-represented Plaintiff-Appellant Beau Hawkes (**Hawkes**) filed the notice of appeal on April 7, 2026.

(2)  The court denied Hawkes's motion to proceed on appeal *in forma pauperis*, and the June 26, 2026 Order Denying Motion for Reconsideration (**June 26, 2026 Order**) stated that within 10 days, Hawkes "shall pay the filing fees in the full amount to the Supreme Court Clerk's Office[,]" and "[f]ailure to pay the filing fees may result in the appeal being dismissed."

(3)   Hawkes has not complied with the June 26, 2026 Order, the time for compliance has expired, and Hawkes has not paid the appellate filing fees.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.  See Hawaiʻi Rules of Appellate Procedure Rule 24(c) ("Failure of the unsuccessful movant to pay the unpaid filing fees or to give security for costs shall not affect the validity of the appeal, but is ground for such action as the appellate court having jurisdiction over the appeal deems appropriate, and may include dismissal of the appeal.").

DATED:  Honolulu, Hawaiʻi, July 10, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge